# CIVIL CAUSE FOR INITIAL CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 5/15/2019           TIME:  3:30 PM          TIME IN COURT: 5 min.

CASE:      **Chiofalo v. Mrs Bpo, LLC**
           **2:19-cv-01914-JMA-AYS**

**FILED**
**CLERK**

5/15/2019 4:13 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

APPEARANCES:     For Plaintiff: Mitchell Pashkin

                 For Defendant: Michael Etmund

FTR:

☒      Case called.
☒      Counsel present for all sides.
☐      Briefing schedule set.
            Moving papers served by:
            Response:
            Reply:
            • Moving party is responsible for filing the fully briefed motion on ECF and
              providing courtesy copies to Chambers.
☐      Case to be referred to the Magistrate Judge for
☐      Jury selection and trial scheduled for
☒      A telephone status conference is scheduled for 6/5/2019 at 4:00 PM. Counsel for the
       plaintiff shall initiate the call and contact Chambers at 631-712-5600 when all parties are
       on the line.
☐      Other: