UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | | |
|---|---|---|
| JOSEPH A. CHIOFALO,<br>ON BEHALF OF HIMSELF AND<br>ALL OTHERS SIMILIARLY SITUATED,<br><br>      Plaintiff,<br> v<br><br>MRS BPO, L.L.C.,<br><br>      Defendant. | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Civil Action, File No.<br>2:19-cv-01914-JMA-AYS |

**NOTICE OF SETTLEMENT**

Plaintiff hereby informs the Court that the parties have reached an agreement to fully and finally resolve this matter. The parties request that they be given 45 days to finalize their settlement or advise the Court of any issues regarding same and if none, to file a Stipulation of Dismissal of all claims with prejudice.

Dated:  June 4, 2019

/s/_____
Mitchell L. Pashkin (MP-9016)
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY  11743
(631) 335-1107